UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1778 DWF/RLE

JOHN MUELLER,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

Defendant and
Third-Party Plaintiff,

v.

BRIAN GILBERTSON,

Third-Party Defendant.

**STIPULATION FOR SUBSTITUTION AND ORDER**

Plaintiff John Mueller and defendant United States Postal Service, through their counsel undersigned, hereby agree that the proper name for the defendant in this action is not the United States Postal Service but, pursuant to 28 U.S.C. §2679, must be the United States of America. Plaintiff and defendant stipulate and agree that the United States of America be substituted as the proper name of the defendant in this action.

#85066
Kim A. Pennington, Esq.
Attorney for Plaintiff

Mary J. Madigan
Assistant U.S. Attorney

**ORDER FOR SUBSTITUTION**

Based upon the Stipulation of the parties, and pursuant to 28 U.S.C. §2679, it is hereby **ORDERED** that the United States of America be substituted as the proper party defendant in this action.

1/24/02

Raymond L. Erickson
U.S. Magistrate Judge

JAN 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK