**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JOHN MUELLER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil No. 01-1778 (DWF/RLE)

**ORDER OF DISMISSAL**

---

Kim Pennington, Esq., Pennington & Lies, 1111 First Street North, P.O. Box 1756, St. Cloud, MN 56302, counsel for Plaintiff.

Mary Jo Madigan, Assistant United States Attorney, 600 United States Courthouse, 300 4th Street South, Minneapolis, MN 55415, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: February 6, 2003

DONOVAN W. FRANK
Judge of United States District Court

Filed FEB 0 6 2003
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________